No. 582.   STATES MARINE CORPORATION *v*. MILITANO.
On petition for writ of certiorari to the Circuit Court of
Appeals for the Second Circuit.   November 12, 1946.
Dismissed on motion of counsel for the petitioner.   *Cory-
don B. Dunham* for petitioner.

Nos. 645 and 646.   NEW YORK, CHICAGO & ST. LOUIS
RAILROAD CO. *v*. PENNSYLVANIA.
                                  November 18, 1946.   *Per
Curiam:* The motions to dismiss are granted and the
appeals are dismissed for the want of a substantial federal
question.   *Robert M. Fisher* and *John Y. Scott* for appel-
lant.   *George W. Keitel,* Deputy Attorney General of
Pennsylvania, for appellee.

No. 58, Misc.   SHOTKIN, TRUSTEE, *v*. PENNSYLVANIA
COMPANY.   November 18, 1946.   The petitions for ap-
peal and certiorari are denied.

No. 60, Misc.   EX PARTE JOHNSON.   November 18,
1946.   The motion for leave to file petition for writ of
mandamus is denied.

No. 59, Misc.   EX PARTE PRATHER;
No. 61, Misc.   EX PARTE BLEDSOE; and
No. 62, Misc.   EX PARTE WILLIAMS.   November 18,
1946.   The motions for leave to file petitions for writs of
habeas corpus are denied.